

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00211-CR

**BRYAN STALLWORTH,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 30582

## MEMORANDUM OPINION

Appellant Bryan Stallworth, acting *pro se*, attempts to appeal from the trial court's denial of his request to retain copies of certain discovery. We will dismiss this appeal for want of jurisdiction.

Jurisdiction must be expressly given to the courts of appeals. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014); *In re Ford*, 553 S.W.3d 728, 731 (Tex. App.—Waco 2018, orig. proceeding). The standard for determining jurisdiction is not whether the

appeal is precluded by law, but whether the appeal is authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008); *Ford*, 553 S.W.3d at 731.

Article 44.02 of the Code of Criminal Procedure provides: "A defendant in any criminal action has the right of appeal under the rules hereinafter prescribed." TEX. CODE CRIM. PROC. ANN. art. 44.02. This statutory right of appeal has been interpreted as allowing appeal only from a final judgment. *See State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). The courts of appeals therefore do not have jurisdiction to review interlocutory orders unless that jurisdiction has been otherwise expressly granted by law. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991).

We have not found any rule or any statutory or constitutional provision that would authorize Stallworth's appeal from the trial court's interlocutory order denying his request to retain copies of certain discovery. Accordingly, the trial court's order is not appealable, and we have no jurisdiction to entertain Stallworth's appeal from the order. *See id.* Thus, for the reasons stated, this appeal is dismissed for want of jurisdiction.

Stallworth's "Motion to Expedite Stay of Trial" is dismissed as moot.


MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Dismissed
Opinion delivered and filed July 12, 2023
Do not publish
[CR25]

